UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Gilbert Anthony Torres, | Case No.: 20-cv-00891-AJB-BLM |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| A. Jorrin, et al., | |
| Defendants. | **(Doc. No. 15)** |

Before the Court is Plaintiff's motion for preliminary injunction against Defendants and other individuals. (Doc. No. 15 at 1–3 (requesting the Court to enjoin "Defendants, their successors in office, agents, and employees and all other persons acting in concert and participation with them" and "members or associates of the 'Green Wall'").)

"A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008) (citation omitted). "A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the court." *Zepeda v. INS,* 753 F.2d 719, 727 (9th Cir. 1983).

On July 9, 2020, after conducting a pre-answer screening pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), the Court directed service of Plaintiff's Complaint on Defendants. (Doc. No. 7 at 8–10.) As of the date of this Order, Plaintiff has yet to serve

Defendants his Complaint.[1] Because Defendants have not been served, the Court does not have personal jurisdiction over them, and may not attempt to determine their rights. *Zepeda,* 753 F.2d at 727. *See* Fed. R. Civ. P. 4(c); *Zenith Radio Corp. v. Hazeltine Research, Inc.*, 395 U.S. 100, 110 (1969) ("[O]ne is not bound by a judgment in personam resulting from litigation . . . to which he has not been made a party by service of process.") Accordingly, the Court **DENIES** Plaintiff's motion for preliminary injunction.

    **IT IS SO ORDERED.**

Dated: October 14, 2020

Hon. Anthony J. Battaglia
United States District Judge

---

[1] The Court notes that Plaintiff's Motion to Amend Complaint (Doc. No. 13) remains pending, and thus, the operative complaint for service on Defendants is Plaintiff's initial Complaint (Doc. No. 1).

2